UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BOBBY SMITH,

    Plaintiff,

v.                                                                                  Case No. 6:12-cv-676-ORL-36TBS

UNITED STATIONERS SUPPLY CO., and
LAGASSE, INC.,

    Defendants.
_____/

## ORDER

Pending before the Court is the parties' Amended Joint Motion to Approve Settlement and Dismiss with Prejudice (Doc. 22).

The parties attached a copy of their proposed settlement agreement to their motion (Doc. 22-1). The undersigned finds the agreement acceptable except for the general release in paragraph five. Prevailing case law in the Middle District of Florida makes clear that general releases in agreements to settle Fair Labor Standards Act cases are not acceptable. These pervasive releases are viewed as "'side deals' in which the employer extracts a gratuitous (although usually valueless) release of all claims in exchange for money unconditionally owed to the employee" and therefore, such releases "confer[ ] an uncompensated, unevaluated, and unfair benefit on the employer." Moreno v. Regions Bank, 729 F. Supp. 2d 1346, 1351-52 (M.D. Fla. 2010). As such, "[a] compromise of an FLSA claim that contains a pervasive release of unknown claims fails judicial scrutiny." Id. at 1352.

Because the remainder of the settlement agreement appears reasonable, rather than recommend denial of the parties' motion, the Court will provide the parties a further opportunity to file a revised proposed settlement agreement which does not contain a general release. The parties shall file their revised proposed settlement agreement, if any, no later than September 26, 2012.

IT IS SO ORDERED.

DONE AND ORDERED in Orlando, Florida, on September 5, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel

-2-