**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BOBBY SMITH, on his own behalf and others
similarly situated,

      Plaintiff,

v.                                                      CASE NO. 6:12-CV-676-Orl-36TBS

LAGASSEE, INC. and UNITED STATIONERS
SUPPLY CO.,

      Defendants.
_____/

**ORDER**

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Thomas B. Smith, filed on October 16, 2012 (Doc. 26). In the Report and Recommendation, the Magistrate Judge recommends that the Court deny the parties' Second Amended Joint Motion to Approve Settlement Agreement and Dismissal with Prejudice (Doc. 25), because the underlying settlement agreement contains a pervasive general release. *See* Doc. 26. Neither party has objected and the time to do so has expired.

The Court is in agreement with the Magistrate Judge that based on Eleventh Circuit case law, "the release clause in the agreement offends the principles of the FLSA." *Id*. at 5 (citing *Dees v. Hydradry*, 706 F. Supp.2d 1227 (M.D. Fla. 2010); *Moreno v. Regions Bank*, 729 F. Supp.2d 1346 (M.D. Fla. 2010)). As such, the parties' Settlement Agreement and Release (Doc. 25, Ex. A) will not be approved. After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion

that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 26) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The parties' Second Amended Joint Motion to Approve Settlement Agreement and Dismissal with Prejudice (Doc. 25) is **DENIED**.

3. The parties' Joint Motion to Approve Settlement and Dismiss with Prejudice (Doc. 20) and Amended Joint Motion to Approve Settlement and Dismiss with Prejudice (Doc. 22) are denied as moot.

**DONE AND ORDERED** at Orlando, Florida on November 7, 2012.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD