**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BOBBY SMITH,

    Plaintiff,

v.                                                       CASE NO. 6:12-CV-676-Orl-36TBS

UNITED STATIONERS SUPPLY CO.
and LAGASSE, INC.,

    Defendants.
_____/

**ORDER**

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Thomas B. Smith, filed on December 7, 2012 (Doc. 29). In the Report and Recommendation, the Magistrate Judge recommends that the Court grant the parties' Joint Motion to Approve Settlement and Dismiss with Prejudice (Doc. 28). *See* Doc. 29. On December 10, 2012, the parties filed a Joint Notice of No Objection to the Magistrate Judge's Report and Recommendation (Doc. 30). Accordingly, this matter is ripe for review.

The Court is in agreement with the Magistrate Judge that the parties' settlement agreement is reasonable, and that the revised release is satisfactory. *See* Doc. 29, p. 4. Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 29) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The parties' Joint Motion to Approve Settlement and Dismiss with Prejudice (Doc. 28) is **GRANTED**. The settlement is approved as it constitutes a fair and reasonable resolution of a bona fide dispute.

3. This action is **DISMISSED**, with prejudice.

4. The Clerk is directed to terminate all pending motions and deadlines and close this case.

**DONE AND ORDERED** at Orlando, Florida on December 12, 2012.

*[signature]*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD